UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SATEK SINGH,<br><br>     Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>     Respondents. | No. 6:26-CV-027-H |

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 3, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of Court is directed to close the case.

So ordered on February 13, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE